NDFL Prob 35 (1/92)

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V

FRED J. BREESE

Crim. No. 3:03CR104-001/RV

On January 16, 2004, the above named was placed on Probation for a period of two years. He has complied with the rules and regulations of Probation and is no longer in need of Probation. It is accordingly recommended that FRED J. BREESE be discharged from Probation.

Respectfully submitted,

Brian S. Davis
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this ___11th___ day of ___Aug___, 20_05_.

Roger Vinson
Senior United States District Judge

05 AUG 12 AM 9:25

FILED